# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

12CV966
JUDGE ZAGEL
MAG. JUDGE COX

In the Matter of

Balshe LLC and The Simon Law Firm

v.

Alan J. Ross, Save Associates and The Meyer-Chatfield Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Simon Law Firm
Balshe, LLC

FILED
FEB 10 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Adam Simon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Adam |
| FIRM | The Simon Law Firm |
| STREET ADDRESS | 303 E. Wacker #210 |
| CITY/STATE/ZIP | Chicago, IL 60601-5210 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205304 | 312-819-0730 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | (YES) NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | (YES) NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | (YES) NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | (YES) NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL   APPOINTED COUNSEL | |