## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Balshe LLC, et al.

      Plaintiff,

v.              Case No.: 1:12−cv−00966
              Honorable James B. Zagel

Alan J Ross, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 9, 2014:

  MINUTE entry before the Honorable James B. Zagel: For the reasons stated in the Court's Memorandum Opinion and Order, Defendants' Motion to Deny Plaintiffs' Motion for Partial Summary Judgment and to Transfer Venue in its Entirety [63] is denied and Plaintiffs' Motion for Partial Summary Judgment [56] is granted in part and denied in part. Therefore, Defendants' Motion for Leave to File a Surreply [79] is moot. Enter Memorandum Opinion and Order. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.